# UNITED STATES DISTRICT COURT

For the Massachusetts District of Springfield

3rd Division

Gareth Evan Lomax, *Petitioner*

v.

Commonwealth of Massachusetts
8 Unknown North Hampton Police Officers
1 Unknown State Police Officer
Northwestern District Attorney(S)
Attorney Robert Bray, Esq., *respondents*

CASE NO. 3:17-cv-30104-MGM

FILED IN CLERKS OFFICE
2017 DEC 22 AM 10: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR LEAVE DUE TO SUMMONS FOR JURY DUTY

The Plaintiff has been summoned to for jury selection in Orange, Massachusetts on January 30, 2018. We therefore ask for the court's permission to attend.

I attest, under penalty of perjury *28 U.S. Code § 1746* that the above statements are true on this 20th day in December in the year 2017.

Gareth Evan Lomax
*Acting Pro, Se*

24 Franklin Street, 6A
Greenfield, MA 01301
(412) 667-1001